UNITED STATES COURT OF INTERNATIONAL TRADE

INDEX NUMBER MUST BE SHOWN ON ALL PAPERS FILED WITH THE COURT

| | |
|---|---|
| ZHEJIANG LAYO WOOD INDUSTRY CO., LTD. ) ) ) | 12-00013 |
| Plaintiff, ) | SUMMONS |
| v. ) ) | Ct No. 12-00xxx |
| UNITED STATES, ) ) | |
| Defendant, ) ) | |

TO:   The Attorney General, the Department of Commerce and/or the United States International Trade Commission:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.

L.S.

/s/ Tina Potuto Kimble
Clerk of the Court

---

1. Zhejiang Layo Wood Industry Co., Ltd., exporter of subject merchandise.
   (*Name and standing of plaintiff*)

2. *Multilayered Wood Flooring from the People's Republic of China: Final Determination of Sales at Less Than Fair Value,* 76 Fed. Reg. 64,318 (October 18, 2011), as amended *Multilayered Wood Flooring from the People's Republic of China: Amended Final Determination of Sales at Less Than Fair Value and Antidumping Duty Order,* 76 Fed. Reg. 76,690 (December 8, 2011).
   (*Brief description of contested determination*)

3. *Final Determination* (October 18, 2011), as amended (December 8, 2011).
   (*Date of determination*)

4. *Multilayered Wood Flooring from the People's Republic of China: Final Determination of Sales at Less Than Fair Value,* 76 Fed. Reg. 64,318 (October 18, 2011), as amended *Multilayered Wood Flooring from the People's Republic of China: Amended Final Determination of Sales at Less Than Fair Value and Antidumping Duty Order,* 76 Fed. Reg. 76,690 (December 8, 2011).
   (*If applicable, date of publication in Federal Register of notice of contested determination*)

1

                                                    Gregory S. Menegaz
                                                    **deKieffer & Horgan, PLLC**
                                                      729 15th Street, Suite 800
                                                      Washington, D.C. 20005
                                                       tel: 202-783-6900

                                                      _/s/ Gregory S. Menegaz_

                                                    Gregory S. Menegaz
                                                    (*Signature of Plaintiff's Attorney*)
Date:_____January 6, 2012_____   On behalf of Zhejiang Layo Wood Industry
                                                    Co., Ltd.

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

**If** this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004).

Attorney in Charge
International Trade Field Office
Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
Room 12124
1100 L Street, NW
Washington, DC  20530

General Counsel
United States Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC  20230

RECEIVED & ~~FILED~~
~~2011~~ 2012 JAN -9 P 2: 44

U.S. COURT OF
INTERNATIONAL TRADE
OFFICE OF THE CLERK

IN ACCORDANCE WITH THE PROVISION OF RULE 5(d)(4). THIS PAPER IS DEEMED FILED AS OF THE DATE OF MAILING- TO WIT 1/6/12