**FORM 5**

UNITED STATES COURT OF INTERNATIONAL TRADE

THIS INDEX NUMBER MUST
BE SHOWN ON ALL PAPERS
FILED WITH THE COURT

**INFORMATION STATEMENT**

*(Place an "X" in applicable* 12-00013

| | |
|---|---|
| **PLAINTIFF:** Zhejiang Layo Wood Industry Co., Ltd.<br>**ATTORNEY:**<br>Gregory S. Menegaz (lead)<br>DeKieffer & Horgan, PLLC<br>729 15th Street, NW, Suite 800<br>Washington, DC 20005 (202)783-6900<br>(202) 783-6909 (fax)<br>gmenegaz@dhlaw.com | **PRECEDENCE**<br>If the action is to be given precedence<br>under Rule 3(g), indicate the applicable<br>paragraph of that section:<br>[ ] (1) [ ] (3) [x] (5)<br>[ ] (2) [ ] (4) |

**J U R I S D I C T I O N**

28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515
[ ] Appraisal [ ] Classification [ ] Charges or Exactions
[ ] Exclusion [ ] Liquidation [ ] Drawback
[ ] Refusal to Reliquidate [ ] Rate of Duty [ ] Redelivery

28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516
[ ] Appraisal [ ] Classification [ ] Rate of Duty

28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1)(D), - 19 U.S.C. § 1516a: Appeal of U.S. Department of Commerce Final Determination of Sales at Less Than Fair Value and Amended Final Determination of Sales at Less Than Fair Value and Antidumping Duty Order with respect to China—determination listed under *Section 516A (a)(2)(A)(i)(II)*

Subparagraph and Clause: 516A(a)(2)(A)(i)(II)      Agency: DOC
*Federal Register* Cite(s): 76 FR 64318 (Oct. 18, 2011) and 76 FR 76690; (Dec. 8, 2011)
Product(s): **Multilayered Wood Flooring from The People's Republic of China**

28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2371
[ ] U.S. Secretary of Labor [ ] U.S. Secretary of Commerce

28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515
*(Provide a brief statement of the final determination to be reviewed.)*

28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)
Agency: [ ] U.S. International Trade Commission      [ ] Administering Authority

28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499
[ ] Sec. 641(b)(2)    [ ] Sec. 641(b)(3)    [ ] Sec. 641(c)(1)    [ ] Sec. 641(b)(5)
[ ] Sec. 641(c)(2)    [ ] Sec. 641(d)(2)(B)    [ ] Sec. 499(b)

(Continued on reverse side)

```
+-----------------------------------------------------------------------+
|                      J U R I S D I C T I O N                          |
|                           (Continued)                                 |
+-----------------------------------------------------------------------+
| 28 U.S.C. § 1581(h) - Ruling relating to:                             |
| [ ] Classification      [ ] Valuation      [ ] Restricted Merchandise |
| [ ] Rate of Duty        [ ] Marking        [ ] Entry Requirements     |
| [ ] Drawbacks           [ ] Vessel Repairs [ ] Other: _____ |
+-----------------------------------------------------------------------+
| 28 U.S.C. § 1581(i) - (Cite any applicable statute and provide a brief statement describing |
| jurisdictional basis.)                                                |
+-----------------------------------------------------------------------+
| 28 U.S.C. § 1582 - Actions Commenced by the United States             |
| [ ] (1) Recover civil penalty under Tariff Act of 1930:               |
| [ ] Sec. 592            [ ] Sec. 593A       [ ] Sec. 641(b)(6)        |
| [ ] Sec. 641(d)(2)(A)   [ ] Sec. 704(i)(2) [ ] Sec. 734(i)(2)        |
| [ ] (2) Recover upon a bond                                           |
| [ ] (3) Recover customs duties                                        |
+-----------------------------------------------------------------------+
```

**R E L A T E D   C A S E (S)**

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?   **No**

|  | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| [ ] Decided: |  |  |  |
| [x] Pending: | Coalition for American Hardwood Parity | 11-00452 | Undecided |

(Attach additional sheets, if necessary.)

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000.)

RECEIVED & FILED
2012
2011 JAN -9 P 2: 44

U.S. COURT OF
INTERNATIONAL TRADE
OFFICE OF THE CLERK

IN ACCORDANCE WITH THE PROVISION
OF RULE 5(d)(4). THIS PAPER IS DEEMED
FILED AS OF THE DATE OF MAILING-
TO WIT   1/6/12