

FORM 13

12-00013

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10007

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

This notification is submitted by _____ Gregory S. Menegaz _____
(Name of attorney of record)
on behalf of _____ Zhejiang Layo Wood Industry Co., Ltd. _____ in the matter
of _____ Zhejiang Layo Wood Industry Co., Ltd. _____ v. _____ United States _____,
Court No. 12-_____.

1. If this statement is submitted on behalf of a corporate party, indicate whether the party is ☐ or is not ☑ a subsidiary or affiliate of a publicly-owned corporation. If so, identify below the parent or affiliate and describe the relationship between the party and the parent or affiliate corporation.

2. If the action is one described in 28 U.S.C. § 1581(a) or (b), indicate whether the plaintiff is ☐ or is not ☐ the ultimate consignee or real party in interest. If not, identify below the ultimate consignee or real party in interest.
Not applicable.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
Not applicable.

/s/ Gregory S. Menegaz                    January 6, 2012
(Signature of Attorney)                        (Date)

(As amended, eff. Jan. 1, 1982.)

RECEIVED & ~~FILED~~
2012
~~2011~~ JAN -9 P 2: 44

U.S. COURT OF
INTERNATIONAL TRADE
OFFICE OF THE CLERK

IN ACCORDANCE WITH THE PROVISION OF RULE 5(d)(4), THIS PAPER IS DEEMED FILED AS OF THE DATE OF MAILING-
TO WIT  1/6/12