UNITED STATES COURT OF INTERNATIONAL TRADE

Zhejiang Layo Wood Industry Co., Ltd.v. United States

Ct. No. 12-00xxx

THIS INDEX NUMBER MUST SHOWN ON ALL PAPERS FILED WITH THE COURT

12-00013

PUBLIC CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 6, 2012, the attached Cover Letter, Summons, Entry of Appearance, Form 5, Form 17, Form 3-2, and Form 13 was served as indicated upon the following:

<u>BY FIRST CLASS MAIL</u>

Jeffrey S. Levin, Esq.
**Mondial Trade Compliance**
7800 Beech Tree Road
Bethesda, MD 20817

Jeffrey S. Neeley, Esq.
**Barnes, Richardson & Colburn**
11 Dupont Circle, NW
Suite 500
Washington, DC 20036

Mark Ludwikowski, Esq.
**Sandler, Travis & Rosenberg, P.A.**
1300 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20004

Kristin H. Mowry, Esq.
**Mowry & Grimson, PLLC**
5335 Wisconsin Avenue, NW
Suite 810
Washington, DC 20015

Julie C. Mendoza, Esq.
**Troutman Sanders LLP**
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134

Thomas J. Trendl, Esq.
**Steptoe & Johnson LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036-1795

Francis J. Sailer, Esq.
**Grunfeld, Desiderio, Lebowitz, Silverman, Klestadt LLP**
1201 New York Avenue, NW
Suite 650
Washington, DC 20005

Patrick McLain, Esq.
**Wilmer Cutler Pickering Hale and Dorr LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006

Stephen Wieker, Esq.
**Winston & Strawn LLP**
1700 K Street, NW
Washington, DC 20006-3817

Matthew L. Kanna, Esq.
**Arent Fox LLP**
1050 Connecticut Ave, NW
Washington, DC 20036

Lizbeth R. Levinson, Esq.
**Kutak Rock LLP**
1101 Connecticut Ave, NW
Washington, DC 20036

Craig A. Lewis, Esq.
**Hogan Lovells US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

Michael P. House, Esq.
**Perkins Coie LLP**
607 Fourteenth Street, NW
Washington, DC 20005

Kenneth H. Mueller, Esq.
**Law Office of Kenneth H. Mueller**
3E Joanna Cour
East Brunswick, NJ 08816

Yao Chi-Wei
**Timber Industries (Tianjin) Co., Ltd.**
No. 10 Haiqing St.
Export Processing Zone
Teda, Tianjin, PRC

Zhang Ye
**Kang Da Law Firm**
Red Building of Worker's Gymnasium
Chaoyang District, Beijing, 100027

Ren Yongzhong
**DeHeng Law Offices**
12 F, Tower B, Focus Place
No 19 Finance Street
Beijing, PRC 100033

Cynthia Yu
**DueBound Law Offices**
Suite 1906, SK Tower 6A
Jianguomenwai Avenue
Chaoyang District
Beijing, PRC, 100022

Zhang Renpu
**Huamao & Guigu Law Firm**
17/F Building, C Grand Place
5 Huizhong Road
Beijing 100101, PRC

Stephen S. Spraitzar, Esq.
**Law Office of George R. Tuttle**
One Embarcadero Center
Suite 730
San Francisco, CA 94111

David Craven, Esq.
**Riggle & Craven**
8430 West Bryn Mawr Avenue
Suite 525
Chicago, Illinois 60631

William Perry, Esq.
**Dorsey & Whitney LLP**
701 Fifth Avenue
Suite 6100
Seattle, Washington 98104-7043

William H. Barringer, Esq.
**Curtis, Mallet-Prevost, Colt & Mosle LLP**
1717 Pennsylvania Avenue, NW
Washington, DC 20006

_____
Kerry Horgan

RECEIVED & ~~FILED~~
2012
~~2011~~ JAN -9 P 2: 44

U.S. COURT OF
INTERNATIONAL TRADE
OFFICE OF THE CLERK

IN ACCORDANCE WITH THE PROVISION OF RULE 5(d)(4). THIS PAPER IS DEEMED FILED AS OF THE DATE OF MAILING-
TO WIT __1/6/12__