

7800 Beech Tree Road
Bethesda, MD 20817
202.470.4177 (O)
301.787.3531 (c)
301.263.0005 (f)
JeffreyLevin@mondialtradecompliance.com

May 1, 2012

Tina Potuto Kimble
Clerk of the Court
United States Court of
  International Trade
One Federal Plaza
New York, NY 10278-0001

   Re: Zhejiang Layo Wood Industry Co. v. United States
      Court No. 12-00013

Dear Ms. Kimble:

  By this letter, we hereby notify the Court that as of this date, Mondial Trade Compliance Services & Solutions Inc. (Mondial) withdraws its appearance on behalf of the Coalition for American Hardwood Parity (CAHP), defendant-intervenor in the above-entitled action. As of this date, Levin Trade Law, P.C. substitutes for Mondial as representative of the CAHP.

  Simultaneous with this filing, and by separate cover, a Notice of Appearance in the above-captioned proceeding is being submitted by the undersigned on behalf of Levin Trade Law, P.C. (Form 11), along with a Notice of Substitution of Attorney (Form 12) and Business Proprietary Information Certification (Form 17).

  Please contact the undersigned if you have any questions.

              Respectfully submitted,

              */s/ Jeffrey S. Levin*

              Jeffrey S. Levin